

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2015

No. 04-15-00106-CV

Nell **RAMEY**,
Appellant

v.

Jessica A. **POLLET**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04119
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

A filing fee of $195.00 was due from Nell Ramey when she filed this appeal, but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). The clerk of the court notified Ramey of this deficiency in a letter dated February 26, 2015. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We therefore **order** appellant Nell Ramey, **not later than March 23, 2015** to either (1) pay the $195.00 filing fee or (2) provide written proof to this court that she is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

_____

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2015.

_____

Keith E. Hottle
Clerk of Court